UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ANTHONY WILLIAMS,

    Plaintiff,

File No. 1:08-CV-470

v.

HON. ROBERT HOLMES BELL

CINDI S. CURTIN, et al.,

    Defendants.
                              /

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT**

On June 3, 2008, United States Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff Michael Anthony Williams' 42 U.S.C. § 1983 prisoner civil rights complaint be dismissed pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A(b), and 42 U.S.C. § 1997e(c) for failure to state a claim. (Dkt. No. 4.) Plaintiff filed objections to the R&R on June 16, 2008. (Dkt. No. 6.) Plaintiff also filed a motion for access to his legal materials. (Dkt. No. 5.)

This Court is required to make a *de novo* determination of those portions of the R&R to which objection has been made, and may accept, reject, or modify any or all of the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

In his objections Plaintiff has provided additional factual allegations that were not contained in his complaint. A plaintiff in a case covered by the Prison Litigation Reform Act

may not amend his complaint to avoid a *sua sponte* dismissal. *Baxter v. Rose*, 305 F.3d 486, 489 (6th Cir. 2002) (citing *McGore v. Wrigglesworth*, 114 F.3d 601, 612 (6th Cir. 1997)). Having conducted the required review of the R&R and Plaintiff's objections thereto, the Court concurs with the conclusions of the Magistrate Judge as stated in the R&R. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's objections to the Report and Recommendation of the Magistrate Judge (Dkt. No. 6) are **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of the Magistrate Judge is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that this dismissal shall count as a **STRIKE** for purposes of 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that the Court finds no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3).

**IT IS FURTHER ORDERED** that Plaintiff's request for an order directing the Michigan Department of Corrections to provide him access to legal materials necessary for the litigation of this action (Dkt. No. 5) is **DENIED AS MOOT**.

Dated: March 3, 2009        /s/ Robert Holmes Bell
                            ROBERT HOLMES BELL
                            UNITED STATES DISTRICT JUDGE