UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ANTHONY WILLIAMS,
#214930,

       Plaintiff,

v.

       File No:  1:08-CV-470

       HON. ROBERT HOLMES BELL

CINDI S. CURTIN, et al.,

       Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On December 16, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that the Rule 12(b)(6) motion to dismiss filed by Defendants Cindi Curtin and Robert Sanders (Dkt. No. 21) be granted. (Dkt. No. 35, R&R.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's December 16, 2011, R&R (Dkt. No. 35) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) motion to dismiss filed by Defendants Cindi Curtin and Robert Sanders (Dkt. No. 21) is **GRANTED**.

Dated: January 11, 2012　　　　　　　　　　/s/ Robert Holmes Bell
　　　　　　　　　　　　　　　　　　　　　ROBERT HOLMES BELL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE